

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR1671-GPC |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE LUIS HERRERA-HERRERA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

8:1326(a),(b) - Attempted Reentry of Removed Alien (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/16/2014

_____
Jan M. Adler
U.S. Magistrate Judge